0    6767

WITHDRAWN
AND NOT
REISSUED